```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 27470
    LISA R TANNIEHILL JONES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER
         Debtor
    SSN XXX-XX-7785


------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/14/2008 and was not confirmed.

    The case was dismissed without confirmation 01/14/2009.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
HSBC BANK USA            CURRENT MORTG         .00           .00           .00
INTERNAL REVENUE SERVICE NOTICE ONLY     NOT FILED           .00           .00
NEW AGE FURNITURE        UNSECURED       NOT FILED           .00           .00
NEW AGE FURNITURE        UNSECURED         2161.10           .00           .00
HSBC BANK USA            MORTGAGE ARRE        .00            .00           .00
TRIB/FBOFD               UNSECURED       NOT FILED           .00           .00
OCWEN FEDERAL BANK       NOTICE ONLY     NOT FILED           .00           .00
ANTHONY JONES            NOTICE ONLY     NOT FILED           .00           .00
HSBC BANK/OCWEN LOAN     MORTGAGE NOTI   NOT FILED           .00           .00
PRA RECEIVABLES MGMT     UNSECURED           94.39           .00           .00
PHILIP A IGOE            DEBTOR ATTY         .00                           .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS                 DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                       .00
DEBTOR REFUND                                              .00
                         ---------------       ---------------
TOTALS                       .00                           .00




              PAGE   1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 27470 LISA R TANNIEHILL JONES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```